# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:20 pm, Jan 27 2021

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15-cr-00031 |
| Richard Tommy Williams | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Richard Tommy Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Petition for Revocation of Supervised Release.

See Attachment.

Date: 01/27/2021

City and state: Davenport, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *Susan M. Lancaster*
DEPUTY CLERK

Sr. U.S. District Judge James E. Gritzner
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:     Weight:

Sex:     Race:

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print     Save As...     Reset

PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Tommy Williams                            **Case Number:** 3:15-cr-00031

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** October 1, 2015

**Original Offense:** 18 U.S.C. §§ 922(g)(1), 924(a)(2) – Felon in Possession of a Firearm

**Original Sentence:** 77 months imprisonment; 24 months supervised release

**Date Original Supervision Commenced:** November 23, 2020

**Date Current Supervision Commenced:** November 23, 2020

**Prior Modification(s)/Revocation(s):** None

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. New Law Violation – Operating while Intoxicated, 1st Offense | On November 25, 2020, Mr. Williams was arrested by the Burlington, Iowa, Police Department. At approximately 3:40am, officers were dispatched to McDonald's in response to a vehicle sitting in the drive through with the wheel on the curb. Upon officers arriving on scene, they found Mr. Williams sleeping in the driver's seat of the vehicle with the vehicle still running and shifted into drive. Mr. Williams failed all three standardized field sobriety tests and registered a preliminary breath test result of .201% on scene. He was transported to the Des Moines County Jail where he consented to providing a Datamaster test which indicated a blood alcohol content of .165%. |
| 2. Leaving the Judicial District without Permission | On November 25, 2020, when Mr. Williams was arrested for the above-noted offense, he was being supervised by the U.S. Probation Office for the Eastern District of Wisconsin. He had not been granted permission from his supervising officer to be in Iowa on that date. |
| 3. Failure to Report Contact with Law enforcement within 72 hours | Mr. Williams failed to notify his supervising officer in the Eastern District of Wisconsin of the above police contact and his subsequent arrest. |
| 4. Use of a Controlled Substance - Marijuana | On December 18, 2020, Mr. Williams provided a urine sample which tested presumptive positive for marijuana. The sample was confirmed positive by the national lab on December 24, 2020. |

| | | |
|---|---|---|
| 5. | Use of Alcohol | Mr. Williams used alcohol to the point on intoxication on November 25, 2020. |
| 6. | Failure to follow the instructions of the probation officer | The Eastern District of Wisconsin advised of these violations and indicated that Mr. Williams did not accept their presented modification for Remote Alcohol Testing. Mr. Williams indicated he would like to return to the Southern District of Iowa. The Probation Office worked with Mr. Williams to develop an address in Burlington, Iowa; however, the owner of the home was unable to be reached by phone and an attempted inspection of the residence on January 7, 2021, was unsuccessful. Mr. Williams was provided with a waiver of hearing by email regarding a modification for up to 120 days at a Residential Reentry Center. He has not responded to this email. |
| | | The Eastern District of Wisconsin agreed to continue to supervise Mr. Williams until a relocation plan could be developed in Iowa. However, the Probation Office has been unable to contact him since January 14, 2021. Between January 14, 2021 and today's date, six attempted calls (with four voicemails) and two text messages have been sent to Mr. Williams without a response. Each voicemail and text message included instructions to contact the Probation Office as soon as possible. On January 26, 2021, the probation office contacted Mr. Williams' mother who advised she had not seen him in a few days. She indicated that, to her knowledge, he is still utilizing the same phone number. |
| | | At this time, the Eastern District of Wisconsin is no longer willing to supervise Mr. Williams' case. He does not have a suitable residence in Iowa. Based on the information provided by his mother, and the inability to get into contact with him, Mr. Williams' whereabouts are currently unknown. |

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒    revoked.

    ☐    extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 26, 2021

by:   *[signature]*

Ryan L. Mason
Supervising U.S. Probation Officer

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

_____
Signature

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Sr. U.S. District Judge

January 27, 2021
Date